KEELER'S VANS, Inc., v. PAPA et al. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by the

Keeler's Vans, Incorporated, against Pasquale Papa and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the ground that the complaint fails to establish an apparent right to or interest in the property, and that the omission cannot upon this application be supplied by supplementary affidavits. This determination is without prejudice to a renewal upon a complaint which shows ownership of the mortgage in the plaintiff.